IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DOUGLAS M. JACKSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) |
| LORIE DAVIS, Director, TDCJ-CID, | ) ) |
| Respondent. | ) Civil Action No. 3:16-CV-3060-C |

## ORDER

On this day, the Court considered Petitioner Douglas M. Jackson's Petition for a Writ of Habeas Corpus by a Person in State Custody, filed October 27, 2016, and Petitioner's Response to the Court's Order to Show Cause, filed February 6, 2017. The United States Magistrate Judge entered her Findings, Conclusions, and Recommendation on May 31, 2017, recommending that the petition be summarily dismissed as barred by the one-year statute of limitations. Petitioner has not filed any written objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is, therefore, **ORDERED** that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court, and that the above-styled and -numbered Petition for a Writ of Habeas Corpus by a Person in State Custody is **DENIED** and **DISMISSED with prejudice** as time-barred.

Pursuant to Rule 22 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 2253(c), this Court finds that a certificate of appealability should be, and is, **DENIED**. For the reasons set forth in the Findings, Conclusions, and Recommendation, Jackson has failed to show that a

reasonable jurist would find (1) this Court's "assessment of the constitutional claims debatable or wrong" or (2) "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

SO ORDERED this 11th day of July, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE